UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GABE DRAPEL,<br><br>    Defendant. | Case No. 2:07-CR-0007-KJD-RJJ<br><br>**ORDER** |

    Before the Court for consideration is the Report and Recommendation (#52) of Magistrate Judge Robert J. Johnston entered May 18, 2007, recommending that Defendant's Motion to Suppress Evidence (#20) be denied. Objections to the Magistrate Judge's Report and Recommendation (#65) were filed by Defendant DRAPEL pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response (#69) in opposition to the objections.

    The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court finds that the Report and Recommendation of the United States Magistrate Judge entered May 18, 2007, should be adopted and affirmed.

1  **IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and
2  Recommendation (#52) entered May 18, 2007, are **ADOPTED** and **AFFIRMED**, and
3  Defendant's Motion to Suppress (#20) is **DENIED**.
4  DATED this 29th day of November 2007.

_____
Kent J. Dawson
United States District Judge