

RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Gabe Drapel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | Case No.: 2:07-CR-007-KJD-RJJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE THE REVOCATION HEARING** |
| vs. | (First Request) |
| GABE DRAPEL, | |
| Defendant. | |

     IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Amber Craig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Gabe Drapel., that the revocation hearing scheduled on Monday, June 15, 2015 at 9:00 a.m., be vacated and be continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

     This Stipulation is entered into for the following reasons:

     1.    The parties are working to resolve this case through negotiations.

     2.    Mr. Drapel has his initial appearance in state court on the underlying conduct contained in the Petition on July 6, 2015. The outcome of that hearing may affect the resolution of this matter.

     3.    Mr. Drapel is out of custody with additional condition of GPS monitoring with home confinement. Mr. Drapel agrees with this request for a continuance.

4.    This is the first request for a continuance of the revocation hearing.

Dated this 9th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Paul T. Coomes, Jr. | By: */s/ Amber M. Craig*<br>AMBER M. CRAIG<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GABE DRAPEL,<br><br>　　　　　Defendant. | Case No.: 2:07-CR-007-KJD-RJJ<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the revocation hearing currently scheduled for Monday, June 15, 2015 at 9:00 a.m, be vacated and continued to __July 15, 2015__ at the hour of _ 9:00 am.

DATED this 12th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

3